UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: TRINIDAD AGUILERA RICE	CIVIL ACTION

NO. 06-582
BKY. NO. 04-11249

SECTION "C" (4)

ORDER

IT IS ORDERED that the motions to reconsider judgment affirming bankruptcy order filed by Trinidad Aguilera Rice are GRANTED and this matter is hereby REMANDED to the Bankruptcy Court for further proceedings.  (Rec. Docs. 8 & 9).  No prejudice to any other party has been shown, and courts have been liberal in allowing lien avoidance under 11 U.S.C. §522(f)(2)(A) after discharge or after the case is closed.  Benjamin Weintraub, *Bankruptcy Law Manual* § 5.40 (5th Ed. Thomson/West).    The debtor is advised, however, to fully comply  with all requirements before any hearing in Bankruptcy Court, so as to avoid the unnecessary expenditure of further legal expenses by other parties.

New Orleans, Louisiana, this 29th day of November, 2006.

_____
HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1